**UNITED STATES of America Plaintiff-Appellee**

v.

**Yliyah Rephayah Ben YISRAYL, also known as Carl Watkins Defendant-Appellant**

No. 17-2384

United States Court of Appeals, Eighth Circuit.

Submitted: October 12, 2017

Filed: October 25, 2017

Allison Hart Behrens, Thomas Joseph Mehan, Assistant U.S. Attorneys, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Plaintiff-Appellee

Yliyah Rephayah Ben Yisrayl, Pro Se

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Yliyah Rephayah Ben Yisrayl appeals the district court's[1] order revoking his

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

supervised release and imposing a 10-month sentence. His counsel has moved for leave to withdraw. Ben Yisrayl has filed 3 pro se briefs challenging his criminal history category, and the administration of his initial sentence; and a motion seeking appointment of new counsel.

After careful review of the record, we conclude that the revocation Guidelines range was properly calculated using the criminal history category applicable at the time of initial sentencing, see U.S.S.G. § 7B1.4(a); United States v. Hendershot, 469 F.3d 703, 705 (8th Cir. 2006); that the administration of Ben Yisrayl's original sentence is not properly on appeal, see United States v. Tindall, 455 F.3d 885, 888 (8th Cir. 2006); and that the district court did not abuse its discretion in sentencing Ben Yisrayl, see United States v. Johnson, 827 F.3d 740, 744 (8th Cir. 2016); see also Rita v. United States, 551 U.S. 338, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007) (standard of review); United States v. Gray, 533 F.3d 942, 943-44 (8th Cir. 2008); United States v. Todd, 521 F.3d 891, 897 (8th Cir. 2008).

Accordingly, we grant counsel's motion to withdraw, deny the motion for new counsel, and affirm.